FILED

2008 JUL 30 PM 12: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2521 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JOAQUIN CHAVEZ-REYES, ) | |
| Defendant. ) | |

The grand jury charges:

On or about July 1, 2008, within the Southern District of California, defendant JOAQUIN CHAVEZ-REYES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

CEM:nlv:San Diego
7/25/08

1    was a substantial step toward committing the offense, all in violation

2    of Title 8, United States Code, Sections 1326(a) and (b).

3         It is further alleged that defendant JOAQUIN CHAVEZ-REYES was

4    removed from the United States subsequent to May 13, 1999.

5         DATED: July 30, 2008.

6                                         A TRUE BILL:

7

8                                         _____
                                          Foreperson
9

10   KAREN P. HEWITT
     United States Attorney
11

12   By: _____
          CALEB E. MASON
13        Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28